UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD ZARE,<br><br>       Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE,<br><br>       Respondent. | Case No.:  3:26-cv-1342-CAB-MMP<br><br>**ORDER DISMISSING PETITION WITH LEAVE TO AMEND** |

Petitioner Mohammad Zare, an immigration detainee proceeding pro se,[1] has filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition").] Petitioner alleges that he is unlawfully detained on an immigration charge at the Otay Mesa Detention Center in San Diego, California.  [*Id.* at 2.]

The Court **DISMISSES** the Petition with leave to amend because the Petition is missing crucial information for the Court to evaluate whether a response is warranted.  *See Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably

---

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter.  The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

1

incredible, or patently frivolous or false.")  For example, Petitioner alleges only that he has been in continuous detention since entering the United States on March 25, 2025; he provides no other details about the circumstances of his entry and initial processing or what has taken place in his immigration proceedings since that time.  [*Id*. at 6.]  Further, Petitioner's only requested relief is for the appointment of counsel, rather than requesting a bond hearing or immediate release from detention.  [*Id*. at 8.]

If Petitioner wishes to proceed with this case, he must file a First Amended Petition within thirty (30) days of the date of this Order.  The First Amended Petition must be complete in itself without reference to the original Petition.  Respondents not named and any claim not re-alleged will be considered waived.  *See* CivLR 15.1(a).

It is **SO ORDERED**.

Dated:  March 6, 2026

Hon. Cathy Ann Bencivengo
United States District Judge